**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01623-CV

### IN RE BARCEL USA, LLC, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03517-C**

## ORDER

The court has before it the Emergency Motion to Stay Discovery Pending Decision on Relator's Petition for Writ of Mandamus filed by relator Barcel USA, LLC.  We **DENY** relator's Emergency Motion to Stay Discovery Pending Decision on Relator's Petition for Writ of Mandamus.

/s/      KERRY P. FITZGERALD
JUSTICE